UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLICIA A. VOISARD,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:17-cv-1023-EFB<br><br><br><br>ORDER |

On October 6, 2017, plaintiff filed an opening brief and motion to remand, challenging the final decision of the Commissioner denying her application for Disability Insurance Benefits under Title II of the Social Security Act and requesting the matter be remanded to the administration for further proceedings. ECF No. 12. Plaintiff, however, did not file a motion for summary judgment. Without plaintiff moving for summary judgment, the court is without authority to enter judgment in her favor should she successfully demonstrate that the Commissioner's decision is not supported by substantial evidence or the proper legal standards were not applied.

/////

/////

/////

1

Accordingly, it is hereby ORDERED that plaintiff shall file a motion for summary judgment within 14 days of the date this order is served. The Commissioner's cross-motion for summary judgment shall be filed 45 days thereafter.

DATED: October 11, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE